IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RELCO LOCOMOTIVES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ESTRADA DE FERRO PARANÁ OESTE S/A,<br><br>      Defendant. | Case No. 4:15-cv-00415<br><br>**JOINT STATUS REPORT** |

COME NOW the Plaintiff, RELCO Locomotives, Inc. (hereinafter "RELCO"), and the Defendant, Estrada De Ferro Paraná Oeste S/A (hereinafter "Ferroeste"), and, pursuant to the Court's August 2, 2016 Order (Dkt. No. 27), respectfully submit a Joint Status Report to the Court as follows:

    1.    Since the time of entry of the Court's August 2, 2016 Order, the above-captioned parties have completed negotiations regarding the substance of a global settlement agreement among the above-captioned parties and additional parties in the companion Brazil legal proceedings (*e.g.*, Eletrofam Comércio e Industria Ltda. and Consórcio Relco Eletrofam, through their Brazilian counsel).

    2.    At this point in the settlement discussions, the above-captioned parties and the parties in the companion Brazil legal proceedings have determined the procedure for legalization of corporate documents for agreement execution.

    3.    Additional time is warranted based on the change in document legalization procedures effective on August 14, 2016 by the Consulate General of Brazil and the necessary processing time by the governing authority.

#2757495

4.	After confirmation of the validity and/or legalization of the parties' corporate documents, the above-captioned parties would be in a position to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a) with the Court.

5.	In consideration of these procedures, the parties request that the Court continue the stay of discovery and submission of a proposed scheduling order and the extended deadline for Plaintiff's response to the Defendant's Motion to Dismiss, and allow the parties to submit, if necessary, a further joint status report to the Court on August 26, 2016.

WHEREFORE, the Plaintiff, RELCO Locomotives, Inc., and the Defendant, Estrada de Ferro Paraná Oeste S/A, pray that the Court continue the stay of discovery and submission of a proposed scheduling order and the extended deadline for Plaintiff's response to the Defendant's Motion to Dismiss, and allow the parties to submit a further status report to the Court on August 26, 2016.

/s *Debra Rectenbaugh Pettit*

Debra Rectenbaugh Pettit, AT0006267
Chief Legal Officer
RELCO Locomotives, Inc.
121 Washington Avenue East
P.O. Box 218
Albia, Iowa 52531
Telephone: 630-280-4297
Email: dpettit@rlcx.com
**ATTORNEY/CHIEF LEGAL OFFICER FOR PLAINTIFF RELCO LOCOMOTIVES, INC.**

Elizabeth Meyer, AT0010139
DAVIS BROWN LAW FIRM
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone:  (515) 246-7839 (direct)
Facsimile:   (515) 243-0654
ElizabethMeyer@davisbrownlaw.com
**ATTORNEYS FOR PLAINTIFF RELCO LOCOMOTIVES, INC.**

/s *David T. Bower*
Richard J. Sapp, AT0006915
David T. Bower, AT0009246

Howard J. Roin
Jeffrey J. VanDam

| | |
|---|---|
| NYEMASTER GOODE P.C.<br>700 Walnut, Suite 1600<br>Des Moines, Iowa 50309<br>Telephone:  515-645-5506<br>Fax:  515-283-8045<br>Email: rjs@nyemaster.com<br>dbower@nyemaster.com<br>**ATTORNEYS FOR DEFENDANT**<br>**ESTRADA DE FERRO PARANÁ**<br>**OESTE S/A** | MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, Illinois 60606<br>Email:  hroin@mayerbrown.com<br>jvandam@mayerbrown.com<br>Telephone:  (312) 782-0600<br>(admitted pro hac vice)<br>**ATTORNEYS FOR DEFENDANT**<br>**ESTRADA DE FERRO PARANÁ**<br>**OESTE S/A** |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, notice of which will be sent electronically to the following:

| | |
|---|---|
| Richard J. Sapp, AT0006915<br>David T. Bower, AT0009246<br>NYEMASTER GOODE P.C.<br>700 Walnut, Suite 1600<br>Des Moines, Iowa 50309<br>Telephone: 515-645-5506<br>Fax: 515-283-8045<br>Email: rjs@nyemaster.com<br>dbower@nyemaster.com<br>**ATTORNEYS FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A** | Howard J. Roin<br>Jeffrey J. VanDam<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, Illinois 60606<br>Email: hroin@mayerbrown.com<br>jvandam@mayerbrown.com<br>Telephone: (312) 782-0600<br>(admitted pro hac vice)<br>**ATTORNEYS FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A** |

                                                  */s/* Elizabeth R. Meyer_____

#2757495