**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| RELCO LOCOMOTIVES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ESTRADA DE FERRO PARANA OESTE S/A,<br><br>   Defendant. | No: 4:15-cv-00415-RP-CFB<br><br><br><br>**ORDER** |

  This matter came before the court on the parties' joint status report [ECF 28], which again requests a stay of discovery, extension of time to submit a proposed scheduling order, and extend the deadline for response to Plaintiff's Motion to Dismiss.

  Based upon the review of the pleadings the Court finds and orders:

  1.  This case was filed November 6, 2015.  A Motion to Dismiss for Lack of Jurisdiction was filed December 11, 2015 [ECF 11].

  2.  Since December 21, 2015, this case has been stayed, and deadlines, including time to respond to the Motion to Dismiss, have been repeatedly extended, while the parties explore methods to resolve this dispute.

  3.  Regular status conferences have been held.  The parties now report that they are completing documentation required in Brazil, and that they anticipate being in a position to file a stipulated dismissal. The parties request an additional stay of the case, including additional time to respond to the Motion to Dismiss. The parties suggest that they will be in a position to file another status report by August 26, 2016. However, they do not indicate how long it will take to comply with the legalization procedures required by the Consulate of Brazil.

  4.  The request to extend the time to submit a proposed scheduling order, stay discovery, and respond to the pending Motion to Dismiss is granted.  By August 26, 2016, the parties shall file a joint status report, indicating a deadline for filing a dismissal, or a response to the Motion

to Dismiss. The Motion has been on file for over eight months, and progress must be made on getting this submitted.

    IT IS SO ORDERED.

    Dated this 15th day of August, 2016.

**CELESTE F. BREMER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**