IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RELCO LOCOMOTIVES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ESTRADA DE FERRO PARANÁ OESTE S/A,<br><br>Defendant. | Case No. 4:15-cv-00415<br><br><br>**JOINT STATUS REPORT** |

COME NOW the Plaintiff, RELCO Locomotives, Inc. (hereinafter "RELCO"), and the Defendant, Estrada De Ferro Paraná Oeste S/A (hereinafter "Ferroeste"), and, pursuant to the Court's August 15, 2016 Order (Dkt. No. 29), respectfully submit a Joint Status Report to the Court as follows:

1. The Court's August 15, 2016 Order directs the parties to indicate a deadline for filing a dismissal or a response to Ferroeste's pending Motion to Dismiss (Dkt. No. 11).

2. Counsel has been advised that due to unexpected developments in Brazil, a global settlement agreement among the above-captioned parties and additional parties in the companion Brazil legal proceedings (*e.g.*, Eletrofam Comércio e Industria Ltda. and Consórcio Relco Eletrofam) cannot be fully executed in Brazil at this time, preventing the above-captioned parties from providing a date upon which they will file a stipulation of dismissal with this Court.

3. The above-captioned parties therefore respectfully request an extension of time of 90 days, to and including November 28, 2016, to allow the above-captioned parties to submit a joint status report to this Court.

4. If the Court is not inclined to enter such an extension, the above-captioned parties respectfully request that the Court direct the parties to confer and propose a scheduling order for completion of briefing on Ferroeste's pending Motion to Dismiss.

WHEREFORE, the Plaintiff, RELCO Locomotives, Inc., and the Defendant, Estrada de Ferro Paraná Oeste S/A, pray that the Court continue the stay of discovery and submission of a proposed scheduling order and the extended deadline for Plaintiff's response to the Defendant's Motion to Dismiss, and allow the parties to submit a joint status report to the Court on November 28, 2016. Alternatively, the parties pray that the Court direct the parties to confer and propose a scheduling order for completion of briefing on Ferroeste's pending Motion to Dismiss.

| /s *Debra Rectenbaugh Pettit* | *Elizabeth Meyer* (signature) |
|---|---|
| Debra Rectenbaugh Pettit, AT0006267<br>Chief Legal Officer<br>RELCO Locomotives, Inc.<br>121 Washington Avenue East<br>P.O. Box 218<br>Albia, Iowa 52531<br>Telephone: 630-280-4297<br>Email: dpettit@rlcx.com<br>**ATTORNEY/CHIEF LEGAL OFFICER FOR PLAINTIFF RELCO LOCOMOTIVES, INC.** | Elizabeth Meyer, AT0010139<br>DAVIS BROWN LAW FIRM<br>215 10th Street, Suite 1300<br>Des Moines, Iowa 50309<br>Telephone: (515) 246-7839 (direct)<br>Facsimile: (515) 243-0654<br>ElizabethMeyer@davisbrownlaw.com<br>**ATTORNEYS FOR PLAINTIFF RELCO LOCOMOTIVES, INC.** |
| /s *David T. Bower*<br>Richard J. Sapp, AT0006915<br>David T. Bower, AT0009246<br>NYEMASTER GOODE P.C.<br>700 Walnut, Suite 1600<br>Des Moines, Iowa 50309<br>Telephone: 515-645-5506<br>Fax: 515-283-8045<br>Email: rjs@nyemaster.com | /s *Jeffrey J. VanDam*<br>Howard J. Roin<br>Jeffrey J. VanDam<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, Illinois 60606<br>Email: hroin@mayerbrown.com<br>jvandam@mayerbrown.com<br>Telephone: (312) 782-0600 |

dbower@nyemaster.com
**ATTORNEYS FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A**

(admitted pro hac vice)
**ATTORNEYS FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A**

## CERTIFICATE OF SERVICE

   I hereby certify that on August 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, notice of which will be sent electronically to the following:

| | |
|---|---|
| Debra Rectenbaugh Pettit, AT0006267<br>Chief Legal Officer<br>RELCO Locomotives, Inc.<br>121 Washington Avenue East<br>P.O. Box 218<br>Albia, Iowa 52531<br>Telephone: 630-280-4297<br>Email: dpettit@rlcx.com<br>**ATTORNEY/CHIEF LEGAL OFFICER FOR PLAINTIFF RELCO LOCOMOTIVES, INC.** | Elizabeth Meyer, AT0010139<br>DAVIS BROWN LAW FIRM<br>215 10th Street, Suite 1300<br>Des Moines, Iowa 50309<br>Telephone: (515) 246-7839 (direct)<br>Facsimile: (515) 243-0654<br>ElizabethMeyer@davisbrownlaw.com<br>**ATTORNEYS FOR PLAINTIFF RELCO LOCOMOTIVES, INC.** |

*/s/ Jeffrey J. VanDam*