IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RELCO LOCOMOTIVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ESTRADA DE FERRO PARANÁ OESTE S/A, <br><br> Defendant. | Case No. 4:15-cv-00415 <br><br><br> **JOINT STATUS REPORT** |

COME NOW the Plaintiff, RELCO Locomotives, Inc. (hereinafter "RELCO"), and the Defendant, Estrada De Ferro Paraná Oeste S/A (hereinafter "Ferroeste"), and, pursuant to the Court's November 30, 2016 Order (Dkt. No. 33), respectfully submit a Joint Status Report to the Court as follows:

1. The Court's November 30, 2016 order directs the parties to file a Joint Status Report identifying a date for filing a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41

2. Since the Court entered its order on November 30, 2016, the above-captioned parties and the parties in the companion Brazilian legal proceedings (*e.g.*, Eletrofam Comércio e Industria Ltda. and Consórcio Relco Eletrofam) have each executed the global settlement agreement of the above-captioned litigation and the companion legal proceedings pending in Brazil.

3. The parties will file a Stipulation of Dismissal with Prejudice of the above-captioned litigation pursuant to Federal Rule of Civil Procedure 41 no later than January 17, 2017.

WHEREFORE, the Plaintiff, RELCO Locomotives, Inc., and the Defendant, Estrada de Ferro Paraná Oeste S/A, advise the Court that a Stipulation of Dismissal with Prejudice of the above-captioned litigation pursuant to Federal Rule of Civil Procedure 41 will be filed no later than January 17, 2017.

| | |
|---|---|
| Debra Rectenbaugh Pettit AT0006267<br>Chief Legal Officer<br>RELCO Locomotives, Inc.<br>121 Washington Avenue East<br>P.O. Box 218<br>Albia, Iowa 52531<br>Phone: 630-280-4297<br>Email: dpettit@rlcx.com<br>**ATTORNEY/CHIEF LEGAL OFFICER FOR PLAINTIFF RELCO LOCOMOTIVES, INC.** | Elizabeth Meyer AT0010139<br>DAVIS BROWN LAW FIRM<br>215 10th Street, Suite 1300<br>Des Moines, Iowa 50309<br>Telephone: (515) 246-7839 (direct)<br>Facsimile: (515) 243-0654<br>ElizabethMeyer@davisbrownlaw.com<br>**ATTORNEYS FOR PLAINTIFF RELCO LOCOMOTIVES, INC.** |
| ___/s/ David T. Bower_____<br>Richard J. Sapp, AT0006915<br>David T. Bower, AT0009246<br>NYEMASTER GOODE P.C.<br>700 Walnut, Suite 1600<br>Des Moines, Iowa 50309<br>Telephone: 515-645-5506<br>Fax: 515-283-8045<br>Email: rjs@nyemaster.com<br>dbower@nyemaster.com<br>**ATTORNEYS FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A** | ___/s/ Howard J. Roin_____<br>Howard J. Roin<br><br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, Illinois 60606<br>Email: hroin@mayerbrown.com<br><br>Telephone: (312) 782-0600<br>(admitted pro hac vice)<br>**ATTORNEY FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, notice of which will be sent electronically to the following:

Richard J. Sapp, AT0006915  
David T. Bower, AT0009246  
NYEMASTER GOODE P.C.  
700 Walnut, Suite 1600  
Des Moines, Iowa 50309  
Telephone: 515-645-5506  
Fax: 515-283-8045  
Email: rjs@nyemaster.com  
dbower@nyemaster.com  
**ATTORNEYS FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A**

Howard J. Roin

MAYER BROWN LLP  
71 S. Wacker Drive  
Chicago, Illinois 60606  
Email: hroin@mayerbrown.com

Telephone: (312) 782-0600  
(admitted pro hac vice)  
**ATTORNEY FOR DEFENDANT ESTRADA DE FERRO PARANÁ OESTE S/A**